USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2026

RIKER DANZIG LLP
Kelly S. Crawford, Attorney No. 029141993
7 Giralda Farms, Suite 250
Madison, NJ 07940-1951
(973) 538-0800
kcrawford@riker.com

Attorneys for Ethicon, Inc. and
Johnson & Johnson

| | |
|---|---|
| KIM RYAN,<br><br>Plaintiff,<br><br>v.<br><br>ETHICON, INC. AND JOHNSON & JOHNSON,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>CIVIL ACTION NO. 7:25-CV-05748-NSR<br><br>CIVIL ACTION<br><br>**CONSENT ORDER OF DISMISSAL WITH PREJUDICE** |

**THIS MATTER** having been opened to the Court by Plaintiffs, through their counsel Wilentz, Goldman & Spitzer, P.A. and Ketterer Browne & Davini, LLC, and Defendants, through their counsel Riker Danzig LLP, seeking an Order dismissing all claims, cross-claims and third party claims between the parties, by consent of all parties, and for good cause shown;

**IT IS ON THIS** 6 day of July, 2026;

**ORDERED** that all claims, cross-claims and third party claims between the parties be and are hereby dismissed with prejudice. The parties shall bear their own fees and costs.

Date: July 6, 2026
White Plains, New York

Hon. Nelson S. Román, U.S.D.J.

**CONSENTED TO AS TO FORM AND ENTRY:**

Wilentz, Goldman & Spitzer, P.A.
14 Wall Street, Suite 6N
New York, NY 10005
Kevin M. Berry, Esq.
*Attorney for Plaintiff,*
*Kim Ryan*

By: *<u>/s/ Kevin M. Berry</u>*

Dated: June 30, 2026

RIKER DANZIG LLP
7 Giralda Farms, Suite 250
Madison, NJ 07940-1051
*Attorney for Defendants,*
*Ethicon, Inc. and Johnson & Johnson*

By: *<u>/s/ Kelly S. Crawford</u>*
Kelly S. Crawford, Esq.

Dated: June 30, 2026

Ketterer Browne & Davini, LLC
4300 Bayou Blvd., Ste.16, Fl. 2
Pensacola, FL 32503
Robert E. Price, Esq.
*Attorney for Plaintiff (Admitted Pro Hac Vice),*
*Kim Ryan*

By: *<u>/s/ Robert E. Price</u>*

Dated: June 30, 2026

4918-4589-7657, v. 1